# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-2038
Owner:  Unknown Heirs/Devisees of Carmen Martinez, deceased, *et al*.
Acres:  3.055

**BEING** a 3.055 acre tract (133,073 square feet) parcel of land, more or less, being out of a called 17.74 acre tract, recorded in Document No. 1944-34908, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Julio Moreno, now owned by the Unknown Heirs of Carmen Martinez, et al, said tract being all of Share No. 308-A, Abstract 146, Porcion 67, Ancient Jurisdiction of Mier, Mexico said 3.055 acre (133,073 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a 2" pipe, being the northeast corner of said Unknown Heirs of Carmen Martinez, et al tract and the northwest corner of a called 7.38 acre tract, recorded in Document No. 2000-209172, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Arcenio Barrera Hinojosa, said point also being on the south line of a called 335.49 acre tract, recorded in Document No. 00327555, Official Records of Starr County (O.R.S.C.), Texas, conveyed to 3BU Family Limited Partnership, et al, said point having a coordinate of N=16673628.852, E=798387.492;

**THENCE:** S 00°20'05" W, along the east line of said Unknown Heirs of Carmen Martinez, et al tract and the west line of said Arcenio Barrera Hinojosa tract, a distance of 192.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2038-1=RGV-RGC-2039-1" for the **POINT OF BEGINNING**, said point having a coordinate of N=16673436.725, E=798386.370, said point being the northeast corner of the herein describedproposed acquisition tract, said point also being S 83°36'33" E, a distance of 2557.41 feet from United States Corps of Engineers Control Point No. "SS07- 2019" (B&F Engineering aluminum cap in concrete);

**THENCE:** S 00°20'05" W, along the east line of said Unknown Heirs of Carmen Martinez, et al tract and the west line of said Arcenio Barrera Hinojosa tract, a distance of 200.03 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2038-2=RGV-RGC-2039-4" for the southeast corner of the herein described proposed acquisition tract;

## SCHEDULE C (Cont.)

**THENCE:** N 88°43'15" W, departing the east line of said Unknown Heirs of Carmen Martinez, et al tract and the west line of said Arcenio Barrera Hinojosa tract, over and across said Unknown Heirs of Carmen Martinez, et al tract, a distance of 500.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2038-2A" for a point on tangent;

**THENCE:** N 88°43'15" W, over and across said Unknown Heirs of Carmen Martinez, et al tract, a distance of 340.32 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2037-2=RGV-RGC-2038- 3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Unknown Heirs of Carmen Martinez, et al tract and the east line of a called 24.04 acre tract, recorded in Document No. 2005- 250599, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Manuel J. Barrera, Cecilio R. Barrera and Isaura Dolores Barrera;

**THENCE:** N 00°20'50" E, along the west line of said Unknown Heirs of Carmen Martinez, et al tract and the east line of said Manuel J. Barrera, Cecilio R. Barrera and Isaura Dolores Barrera tract, a distance of 25.97 feet to a found 1-1/2" pipe designated "RGV-RGC-2037-1=RGV-RGC-2038-4" for an angle point;

**THENCE:** N 67°43'46" E, along the west line of said Unknown Heirs of Carmen Martinez, et al tract and the east line of said Manuel J. Barrera, Cecilio R. Barrera and Isaura Dolores Barrera tract, a distance of 386.09 feet to a found 1" pipe designated "RGV-RGC-2007-2-1=RGV-RGC-2037-8=RGV-RGC-2038-5" for an angle point, said point being on the west line of said Unknown Heirs of Carmen Martinez, et al tract and the east line of said Manuel J. Barrera, Cecilio R. Barrera and Isaura Dolores Barrera tract, said point also being the southwest corner of said 3BU Family Limited Partnership, et al tract;

**THENCE:** N 67°28'39" E, along the west line of said Unknown Heirs of Carmen Martinez, et al tract and the south line of said 3BU Family Limited Partnership, et al tract, a distance of 48.99 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-2-3=RGV-RGC-2038-6" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 88°43'15" E, departing the west line of said Unknown Heirs of Carmen Martinez, et al tract and the south line of said 3BU Family Limited Partnership, Et Al tract, over and across said Unknown Heirs of Carmen Martinez, et al tract, a distance of 438.69 feet to the **POINT OF BEGINNING** and containing 3.055 acres (133,073 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## **SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2038-1=RGV-RGC-2039-1 | 16673436.725 | 798386.370 |
| RGV-RGC-2038-2=RGV-RGC-2039-4 | 16673236.701 | 798385.202 |
| RGV-RGC-2038-2A | 16673247.864 | 797885.326 |
| RGV-RGC-2037-2=RGV-RGC-2038-3 | 16673255.462 | 797545.096 |
| RGV-RGC-2037-1=RGV-RGC-2038-4 | 16673281.435 | 797545.253 |
| RGV-RGC-2007-2-1=RGV-RGC-2037-8=RGV-RGC-2038-5 | 16673427.754 | 797902.539 |
| RGV-RGC-2007-2-3=RGV-RGC-2038-6 | 16673446.519 | 797947.792 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TxDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT ON BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN SEPTEMBER 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THIS ACQUISITION TRACT LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE.

| METES & BOUNDS SURVEY | | | | | |
|---|---|---|---|---|---|
| THE UNKNOWN HEIRS OF | | | | | |
| CARMEN MARTINEZ ET AL | | | | | |
| TRACT No. RGV-RGC-2038 | | | | | |
| STARR COUNTY | TEXAS | | | | |

Mark Description — Date — Appr.

Drawn RLS 02/20
Checked DWB 02/20
Surveyor JJB 10/19
Fld.Bk. # 19668-T6-86

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075

Texas Licensed Surveying Firm
B&F Engineering, Inc.
No. 10163042




ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

Drawing Ref No.
SHEET 6 OF 7

U.S. Army Corps of Engineers

B&F PROJ.  7-2686-0019   FILE NAME: RGV-RGC-2038   DATE: 2/07/20

## SCHEDULE D (Cont.)



Tract: RGV-RGC-2038
Owner: The Estate of Carmen Martinez, et al.
Acres: 3.055

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-2038
Owner:  Unknown Heirs/Devisees of Carmen Martinez, deceased, *et al*.
Acres:  3.055

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded as document number 1944-34908 and Final Decree of Partition, recorded in Volume 54, Page 1, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY-ONE THOUSAND, SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND NO/100 ($31,727.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| A. **Unknown Heirs of Carmen Martinez** | Final Decree of Partition; Recorded March 20, 1926, Volume 54, Page 1, Official Public Records of Starr County, Texas |
| B. **Unknown Heirs of Nicolasa Garcia de Moreno, (wife to Julio Moreno)**<br><br>   **Unknown heirs of Julio Moreno (husband to Nicolasa Garcia de Moreno)**<br><br>Known Heirs of Nicolasa Garcia de Moreno and husband, Julio Moreno:<br><br>B1. **Known Heirs of Agustin Moreno**<br><br> B1.1 **Margarita de la Cruz**<br>   Unknown address<br><br> B1.2 **Angie Moreno**<br>   Unknown address<br><br> B1.3 **Domingo Moreno**<br>   Unknown address<br><br> B1.4 **Juan Moreno**<br>   Unknown address<br><br> B1.5 **Esperanza Moreno**<br>   Unknown address<br><br> B1.6 **Maria Delia Moreno**<br>   Unknown address<br><br> B1.7 **Guadalupe Moreno**<br>   Unknown address<br><br> B1.8 **Unknown heirs of Ninfa Moreno** | Final Decree of Partition; Recorded March 20, 1926, Volume 54, Page 1, Official Public Records of Starr County, Texas<br><br>Warranty Deed; Recorded January 31, 1952, Volume 173, Page 140, Official Public Records of Starr County, Texas (As to Julio Moreno) |

B1.9 **Rosalinda Moreno**
Unknown address

B2. **Known Heirs of Eusevio Roberto Moreno**

B2.1 **Rosamaria Moreno**
Unknown address

B2.2 **Roel Moreno**
Unknown address

B2.3 **Romeo Moreno**
Unknown address

B2.4 **Diana Moreno**
Unknown address

B2.5 **Nicolasa Moreno**
Unknown address

B2.6 **Ricardo Moreno**
Unknown address

B2.7 **Raudel Moreno**
Unknown address

B2.8 **Roque Moreno**
Unknown address

B3. **Known Heirs of Rebecca Moreno de Diaz:**

B3.1 **Unknown Heirs of Noelia Guadalupe Diaz**

B3.2 **Unknown Heirs of Roberto Luis Diaz**

B3.3 **Marie Diaz Moreno**
Unknown address

B3.4 **Arturo Diaz**
Unknown address

| | |
|---|---|
| B4. **Unknown Heirs of Agapito Rene Moreno, Sr.**<br><br>  **Known heirs of Agapito Moreno, Sr.:**<br><br>  B4.1  **Yolanda Moreno**<br>   Unknown address<br><br>  B4.2  **Berta Moreno**<br>   Unknown address<br><br>  B4.3  **Sandra Moreno**<br>   Unknown address<br><br>  B4.4  **Sunny Moreno**<br>   Unknown address<br><br>B5. **Unknown Heirs of Apolonio Rogelio Moreno**<br><br>  **Known Heirs of Apolonio Rogelio Moreno:**<br><br>  B5.1  **Apolonio Rogelio Moreno, Jr.**<br>   Unknown address<br><br>  B5.2  **Sylvestre Luis Moreno**<br>   Unknown address<br><br>  B5.3  **Mario Moreno**<br>   Unknown address<br><br>  B5.4  **Pedro Moreno**<br>   Unknown address<br><br>  B5.5  **Victor Moreno**<br>   Unknown address<br><br>  B5.6  **Maria Moreno de Palomino**<br>   Unknown address<br><br>  B5.7  **Patricia Moreno**<br>   Unknown address<br><br>  B5.8  **Esteban Moreno**<br>   Unknown address<br><br>B6.  **Unknown Heirs of Raul Prudencio Moreno** | |

| | |
|---|---|
| **Known Heirs of Raul Prudencio Moreno:**<br><br>B6.1 **Nicolasa Moreno**<br> Unknown address<br><br><br>B6.2 **Raul Moreno, Jr.**<br> Unknown address | |
| B7. **Known Heirs of Silviano Reynaldo Moreno, Sr.,**<br><br> B7.1 **Margarita Montoya Moreno (wife to Silviano Reynaldo Moreno, Sr.)**<br> ████████████<br><br> B7.2 **Silviano Reynaldo Moreno, Jr.**<br> ████████████<br><br> B7.3 **Susana Garza**<br> ████████████<br><br> B7.4 **Norma Garcia**<br> ████████████<br><br> B7.5 **Nelia Torres**<br> ████████████<br><br> B7.6 **Jaime Eli Moreno**<br> ████████████<br><br> B7.7 <u>**Known heirs of  Julio Esteban Moreno Sr.:**</u><br><br> B7.7.1 **Margarita Eliz Rangel**<br> ████████████ | Final Decree of Partition;<br>Recorded March 20, 1926,<br>Volume 54, Page 1,<br>Official Public Records of Starr County, Texas<br><br>Warranty Deed;<br>Recorded January 31, 1952,<br>Volume 173, Page 140,<br>Official Public Records of Starr County, Texas |

| | |
|---|---|
| **B7.7.2 Julio Esteban Moreno, Jr.** <br><br> ███████████ <br><br> **B.7.7.3 Omar Javier Moreno** <br><br> ███████████ <br><br> **B.7.7.4 Ivan Eden Moreno** <br><br> ███████████ | |
| **B.8 Known Heirs of Julio Ruben Moreno:** <br><br> **B 8.1 Unknown heirs of Idolina Moreno (wife to Julio Ruben Moreno)** <br><br> **B 8.2 Amador Moreno** <br> Unknown address <br><br> **B 8.3 Javier Moreno** <br> Unknown address <br><br> **B8.4 Julio Ruben Moreno, Jr.** <br> Unknown address <br><br> **B8.5 Isabel Moreno** <br> Unknown address <br><br> **B8.6 Unknown heirs of Amparo Moreno** <br> Unknown address | Final Decree of Partition; <br> Recorded March 20, 1926, <br> Volume 54, Page 1, <br> Official Public Records of Starr County, Texas |
| **C. Unknown Heirs of Javier Garcia** | Final Decree of Partition; <br> Recorded March 20, 1926, <br> Volume 54, Page 1, <br> Official Public Records of Starr County, Texas |

| D. **Unknown Heirs of Guadalupe Moreno de Garcia** | Final Decree of Partition; Recorded March 20, 1926, Volume 54, Page 1, Official Public Records of Starr County, Texas |
|---|---|
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Suite201<br>Rio Grande City, Texas  78582 | Parcel ID No. 7604<br>Starr County Tax Assessor-Collector |