United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNTED STATES OF AMERICA, § § Plaintiff, § VS. § 3.055 ACRES OF LAND, MORE OR § LESS, *et al*, § § Defendants. § | CIVIL ACTION NO. 7:20-CV-00405 |

## ORDER OF DISMISSAL

The Court now considers Plaintiff's "Notice of Dismissal Pursuant to Fed. R. Civ. P. 71.1(i)(1)(A)." (Dkt. No. 95). Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(A), if no compensation hearing on a piece of property has begun, and if the plaintiff has not acquired title or a lesser interest or taken possession, the plaintiff may, without court order, dismiss the action as to that property by filing a notice of dismissal briefly describing the property. Since no compensation hearing on a piece of property has begun and Plaintiff has not acquired title or a lesser interest or taken possession, Plaintiff has dismissed the action and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case. Pursuant to Plaintiff's Notice of Dismissal Pursuant to Fed. R. Civ. P. 71.1(i)(1)(A), **IT IS HEREBY ORDERED AND ADJUDGED**, that:

This matter in reference to Tract No. RGV-RGC-2038 is now **DISMISSED** without prejudice.

SO ORDERED this 16th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge